RONALD SPECTER, State Bar No. 118417
rspecter@specterlaw.com
MARK ANTHONY RODRIGUEZ, State Bar No. 132261
markanthony@earthlink.net
VALINOTI, SPECTER & DITO, LLP
5000 Birch Street, Suite 3000
Newport Beach, California  92660
Telephone: (949) 833-9400
Facsimile:  (949) 833-9425

Attorneys for Defendant
KERRY CONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC REISNER and KERRY CONDON,<br><br>Defendants. | Case No. 17-cv-06271-DMR<br>JUDGE EDWARD M. CHEN<br><br>**DECLARATION OF KERRY CONDON IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2)** |

I, Kerry Condon, declare as follows:

1. I am a named defendant in the above-captioned matter. I have personal knowledge of the matters set forth in this Declaration and, if called upon, I could and would testify competently thereto. I make this Declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction.

1

2. I am currently a resident of the State of Massachusetts and have been so since 2012.

3. I was previously married to Eric Reisner, another named defendant in this matter. Mr. Reisner and I divorced in February 2014 and have remained divorced since that time.

4. I have never been a resident of the State of California.

5. I do not presently have, and have never in the past had, any personal or business dealings in the State of California.

6. I do not presently own nor lease, and have never in the past owned nor leased, any real property in the State of California.

7. The complaint filed in this action mentions a 2009 Partnership Agreement between the plaintiff, Carl Alexander Wescott, and Eric Reisner. I was not a party to this agreement, nor was I a signatory to this agreement.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this  5  day of April, 2018 at Wellesley, Massachusetts.

*/s/ Kerry A. C.*

Kerry Condon