1  RONALD SPECTER, State Bar No. 118417
   rspecter@specterlaw.com
2  MARK ANTHONY RODRIGUEZ, State Bar No. 132261
   markanthony@earthlink.net
3  VALINOTI, SPECTER & DITO, LLP
4  5000 Birch Street, Suite 3000
   Newport Beach, California  92660
5  Telephone: (949) 833-9400
6  Facsimile:  (949) 833-9425

7  Attorneys for Defendant
   KERRY CONDON
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION
12

13

14 | CARL ALEXANDER WESCOTT, an individual, | Case No. 17-cv-06271-DMR
15 |                                          | JUDGE EDWARD M. CHEN
   |                 Plaintiff,               |
16 | vs.                                      | **AMENDED PROOF OF SERVICE**
17 |                                          |
18 | ERIC REISNER and KERRY CONDON,           |
19 |                 Defendants.              |

20

21

22

23

24      I, the undersigned, certify and declare that I am over the age of 18 years and not a party to the
25 within action.
26      My business address is: 5000 Birch Street, Suite 3000, Newport Beach, California  92660.
27      On the date set forth below, I served the following documents:
28

                                          1

- **DEFENDANT KERRY CONDON'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **DECLARATION OF KERRY CONDON IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2)**
- **[PROPOSED] ORDER RE DEFENDANT KERRY CONDON'S MOTION TO DISMISS**
- **DEFENDANT KERRY CONDON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

I served the foregoing documents on the following persons:

Carl Alexander Wescott

PO Box 190875

San Francisco, CA  94119


Eric Reisner

30 Lone Pine Trail

Old Lyme, CT  06371

The documents were served via: **FIRST CLASS MAIL**. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) set forth above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 7, 2018, at Newport Beach, California.

_/s/ Amy Ellis_
Amy Ellis