RONALD SPECTER, State Bar No. 118417
rspecter@specterlaw.com
MARK ANTHONY RODRIGUEZ, State Bar No. 132261
markanthony@earthlink.net
VALINOTI, SPECTER & DITO, LLP
5000 Birch Street, Suite 3000
Newport Beach, California 92660
Telephone: (949) 833-9400
Facsimile: (949) 833-9425

Attorneys for Defendant
KERRY CONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC REISNER and KERRY CONDON,<br><br>Defendants. | Case No. 17-cv-06271-DMR<br>JUDGE EDWARD M. CHEN<br><br>**DEFENDANT KERRY CONDON'S REPLY REGARDING HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2)**<br><br>Hearing Date: May 17, 2018<br>Hearing Time: 1:30 PM<br>Courtroom: 5 |

    There being no written Opposition timely filed pursuant to Northern District Local Rule 7-3c, nor there being any objections as to the contents of her declaration filed in support of the motion, Defendant Kerry Condon respectfully requests that the Court grant her motion to dismiss this action as to her pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure* on the grounds that this Court does not have personal jurisdiction over her.

Dated: April 30, 2018

VALINOTI, SPECTER & DITO, LLP

By: /s/ Mark Anthony Rodriguez
Ronald Specter, Esq.
Mark Anthony Rodriguez, Esq.
Attorneys for Defendant
KERRY CONDON

## *PROOF OF SERVICE*

I, the undersigned, certify and declare that I am over the age of 18 years and not a party to the within action. My business address is: 5000 Birch Street, Suite 3000, Newport Beach, California 92660. On the date set forth below, I served the following documents: DEFENDANT KERRY CONDON'S REPLY REGARDING HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2)

I served the foregoing documents on the following persons:

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94119

Eric Reisner
30 Lone Pine Trail
Old Lyme, CT 06371

The documents were served via: FIRST CLASS MAIL. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) set forth above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Newport Beach, California.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 30, 2018, at Newport Beach, California.

By: /s/ Amy Ellis
Amy Ellis