RONALD SPECTER, State Bar No. 118417
rspecter@specterlaw.com
MARK ANTHONY RODRIGUEZ, State Bar No. 132261
markanthony@earthlink.net
VALINOTI, SPECTER & DITO, LLP
5000 Birch Street, Suite 3000
Newport Beach, California  92660
Telephone: (949) 833-9400
Facsimile:  (949) 833-9425

Attorneys for Defendant
KERRY CONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC REISNER and KERRY CONDON,<br><br>Defendants. | Case No. 17-cv-06271-DMR<br>JUDGE EDWARD M. CHEN<br><br>**DEFENDANT KERRY CONDON'S OBJECTION TO THE LATE-FILED OPPOSITION BY PLAINTIFF TO HER MOTION TO DISMISS**<br><br>**Date: May 17, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5** |

Kerry Condon objects to the late-filed Opposition by Plaintiff to her Motion To Dismiss as precluded by Local Rule 7-3.

Condon filed her Motion To Dismiss on April 7, 2018. The Opposition was due on April 23, 2018 pursuant to Local Rule 7-3. No Opposition was filed or received on that date. On April 30, 2018, Condon filed her Reply, noting that no Opposition was filed or received.

On May 3, 2018, Plaintiff filed his Opposition. Condon is prejudiced by the inability to reply to this Opposition and it also violates due process. If the Court is inclined to consider the late-filed Opposition, Condon respectfully requests that she be allowed to file a Reply to the Opposition addressing the arguments made therein.

Dated: May 9, 2018                                          VALINOTI, SPECTER & DITO, LLP

                                                            By: /s/ Mark Anthony Rodriguez
                                                                Ronald Specter, Esq.
                                                                Mark Anthony Rodriguez, Esq.
                                                                Attorneys for Defendant
                                                                KERRY CONDON

## *PROOF OF SERVICE*

I, the undersigned, certify and declare that I am over the age of 18 years and not a party to the within action. My business address is: 5000 Birch Street, Suite 3000, Newport Beach, California 92660.

On the date set forth below, I served the following documents: **DEFENDANT KERRY CONDON'S OBJECTION TO THE LATE-FILED OPPOSITION BY PLAINTIFF TO HER MOTION TO DISMISS**

I served the foregoing documents on the following persons:

Carl Alexander Wescott
PO Box 190875
San Francisco, CA 94119

Eric Reisner
30 Lone Pine Trail
Old Lyme, CT 06371

The documents were served via: FIRST CLASS MAIL. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) set forth above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Newport Beach, California. As a matter of courtesy, on the date indicated below I also emailed a copy of this document Carl Alexander Wescott at c@carlawescott.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 9, 2018, at Newport Beach, California.

By: /s/ Amy Ellis
Amy Ellis