UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>　　　　Plaintiff,<br>　　v.<br>ERIC REISNER, et al.,<br>　　　　Defendants. | Case No. 17-cv-06271-EMC<br><br>**ORDER RE: OBJECTION TO LATE OPPOSITION**<br><br>Docket No. 30 |

In light of Plaintiff's pro se status, the Court overrules Defendant Kerry Condon's objection to his late-filed opposition brief. Plaintiff is warned, however, that he must learn and comply with the Federal Rules of Civil Procedure and Local Civil Rules. He may wish to contact the Court's Legal Help Center, which provides information and limited-scope legal assistance to pro se litigants at no charge, at 415-782-8982 or https://www.cand.uscourts.gov/legal-help.

The Court does not require Defendant Condon to file a reply brief, but if she chooses, she may do so no later than Tuesday May 15, 2018. Defendant Condon is ordered to serve a copy of this order on Plaintiff and to file a proof of service no later than May 11, 2018.

This order disposes of Docket No. 30.

**IT IS SO ORDERED**.

Dated: May 10, 2018

　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge