UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC REISNER and KERRY CONDON,<br><br>Defendants. | Case No. 17-cv-06271-DMR<br>JUDGE EDWARD M. CHEN<br><br>**STIPULATION TO EXTEND HEARING DATE ON KERRY CONDON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2); [PROPOSED] ORDER THEREON** |

    1. Defendant Kerry Condon has moved for an order dismissing this action pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure* on the grounds that this Court does not have personal jurisdiction over her. The motion is currently set for hearing on May 17, 2018.

    2. Plaintiff Carl Alexander Wescott has requested that the Motion be rescheduled to May 24, 2018 as he is unavailable on May 17.

    3. Accordingly, the signatories hereto stipulate that the Motion be rescheduled to May 24, 2018 at 1:30 p.m. in Courtroom 5 of the above-captioned court.

1    It is so stipulated.

2

3  Dated: May 11, 2018

4

5                                                      By:  /s/ Carl Alexander Wescott
                                                            Carl Alexander Wescott
6                                                           PLAINTIFF in Pro Per

7

8  Dated: May 11, 2018                                      VALINOTI, SPECTER & DITO, LLP
9

10                                                     By:  /s/ Mark Anthony Rodriguez
                                                            Mark Anthony Rodriguez, Esq.
11                                                          Attorneys for Defendant
12                                                          KERRY CONDON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court orders that Kerry Condon's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2) be heard on May 24, 2018 at 1:30 p.m. in Courtroom 5 of the above-captioned court.

It is so ordered.

Dated: _____                          _____

                                                                                                    Honorable Edward M. Chen

Stipulation Re: Hearing Date On Condon Motion To Dismiss Case No. 17-cv-06271-DMR