UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL ALEXANDER WESCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC REISNER and KERRY CONDON,<br><br>Defendants. | Case No. 17-cv-06271-DMR<br>JUDGE EDWARD M. CHEN<br><br>**STIPULATION TO EXTEND HEARING DATE ON KERRY CONDON'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2); [PROPOSED] ORDER THEREON** |

    1. Defendant Kerry Condon has moved for an order dismissing this action pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure* on the grounds that this Court does not have personal jurisdiction over her. The motion is currently set for hearing on May 17, 2018.

    2. Plaintiff Carl Alexander Wescott has requested that the Motion be rescheduled to May 24, 2018 as he is unavailable on May 17.

    3. Accordingly, the signatories hereto stipulate that the Motion be rescheduled to May 24, 2018 at 1:30 p.m. in Courtroom 5 of the above-captioned court.

It is so stipulated.

Dated: May 11, 2018

By: /s/ Carl Alexander Wescott
Carl Alexander Wescott
PLAINTIFF in Pro Per

Dated: May 11, 2018   VALINOTI, SPECTER & DITO, LLP

By: /s/ Mark Anthony Rodriguez
Mark Anthony Rodriguez, Esq.
Attorneys for Defendant
KERRY CONDON

**ORDER**

The Court orders that Kerry Condon's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(B)(2) be heard on May 24, 2018 at 1:30 p.m. in Courtroom 5 of the above-captioned court.

It is so ordered.

Dated: 5/14/18 _____ Chen

