# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 24, 2018  **Time:** 8 minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-06271-EMC  **Case Name:** Wescott v. Reisner

**Attorney for Plaintiff:** Carl Wescott, pro se
**Attorney for Defendant:** Ken Valinoti

**Deputy Clerk:** Betty Lee  **Court Reporter:** Lydia Zinn

## PROCEEDINGS
Defendant Condon's Motion to Dismiss

## SUMMARY

For the reasons stated on the record, Defendant Condon's Motion to Dismiss is granted. Court to issue order. CMC already set for 7/19/18 at 9:30 a.m. Joint CMC statement due 7/12/18.