OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

**\*AMENDED CIVIL MINUTES**

**Date:** *August 16, 2018  **Time:** 9:35 - 10:00 = 25 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-06271-EMC  **Case Name:** Wescott v. Reisner et al

**Plaintiff Pro Se:** Carl Wescott

**Defendant Pro Se:** Eric Reisner (phone)

**Deputy Clerk:** Angella Meuleman       **Court Reporter:** Not Reported

**PROCEEDINGS**

CMC  - HELD.

**SUMMARY**

The Court ordered the parties to exchange disclosures pursuant to Local Rule 26 within 30 days.

Plaintiff and Defendant advised the Court they agree to meet and confer in Boston, MA. on 9/12/2018 to attempt to resolve the case.

This case is REFERRED to Magistrate Judge for settlement conference.  Settlement conference is to be completed within 90 days.

Defendant verbally consented in Court to the jurisdiction of a Magistrate Judge and the Court directed Defendant to sign a consent form and return to the Court for filing.  Plaintiff consented to Magistrate Judge jurisdiction in his case statement.  Subsequent to the Court's receipt of Defendant's signed form, this case will be referred to a Magistrate Judge (randomly assigned for all purposes including trial proceedings).

cc: Mag Ref