UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC REISNER,<br><br>    Defendant. | Case No. 3:17-cv-06271-EDL (KAW)<br><br>**ORDER TERMINATING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 55 |

On August 21, 2018, the Court ordered a Settlement Conference for the above-captioned case to take place on November 16, 2018 at 11:00 a.m. (Dkt. No. 55.) In that Order, the Court also specified that Settlement Conference Statements must be lodged with the undersigned's chambers no later than 10 calendar days prior to the conference, or November 6, 2018. (Dkt. No. 55 at 3.) No Settlement Conference Statement from either party was received by November 6, 2018.

After November 6, 2018, Plaintiff Carl Alexander Wescott ("Plaintiff") was contacted by phone at the number he listed on the docket, (415) 335-5000, but every time a call was made to that number – which the Court attempted at least ten times – it was directed to a message indicating that the user's mailbox was full so that no further voicemails could be left. After November 6, 2018, Defendant Eric Reisner ("Defendant") was also contacted by phone at the number he listed on the docket, (206) 414-0092. On November 14, 2018, the Court had a phone conversation with Defendant, who stated that he could not physically attend the Settlement Conference due to various hardships. Also on November 14, 2018, Defendant e-mailed his Settlement Conference Statement to the Court (via kawcrd@cand.uscourts.gov) outlining those hardships, which included how he was based in Connecticut, how he lacked the financial means to travel back and forth between Connecticut and California, and also how he had to stay in Connecticut to care for his elderly mother, who was experiencing continuous bouts of ill health.

1   Accordingly, because Plaintiff has not lodged his Settlement Conference Statement with
2   the Court as of the date of this Order, and also because Plaintiff has listed a number that
3   effectively renders him unreachable, the Court hereby TERMINATES the Settlement Conference
4   originally set for November 16, 2018 at 11:00 a.m. The Court further ORDERS Plaintiff to
5   provide an updated phone number where he can be properly contacted, and additionally ORDERS
6   Plaintiff to directly contact, or make a filing (preferably listing an updated and valid phone
7   number) with the Court to schedule another Settlement Conference at a future date.
8   IT IS SO ORDERED.
9   Dated: November 15, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge