```
Carl Wescott
PO Box 190875
San Francisco, CA 94966
in propria persona
+1 415 335 5000
```

FILED
2018 DEC -6 P 4: 00
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| Carl Alexander Wescott, | Case No. 17-cv-06271-EDL |
| Plaintiff | |
| ----------------- versus ------------------ | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| Eric Reisner | |
| Defendants | Hearing Date: January 9th, 2018 |
| And DOES 1 to 20, | Hearing Time: 10 am |
| Defendants | Courtroom E, 15th Floor |
| | 450 Golden Gate Ave, San Francisco, CA |

Please take notice that on January 9th, 2018, at 10 am, or as soon thereafter as can be heard, in Courtroom E - 15th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Carl A. Wescott, proceeding *pro se*, before the Honorable Judge Elizabeth D. Laporte,, will, and hereby does, move for an order granting Plaintiff's Motion to For Default Judgment.

The Motion will be based on this Notice of Motion, Plaintiff's Motion for Default Judgement, and the Plaintiff's Declaration and Affidavit. The Plaintiff shall bring a Proposed Order to the hearing.

Thursday, December 6th, 2018

RESPECTFULLY SUBMITTED,

_____
Carl A. Wescott, *pro se*

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**