UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 22, 2019 | **Time:** 3 minutes | **Judge:** ELIZABETH D. LAPORTE |
|---|---|---|
| **Case No.:** 17-cv-06271-EDL | **Case Name:** Wescott v. Reisner | |

**Pro Se Plaintiff:** Carl Alexander Wescott
**Pro Se Defendant:** Not Present

**Deputy Clerk:** Stephen Ybarra          **FTR:** 2:34 - 2:37

PROCEEDINGS

HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT

**Notes:  Hearing Held.  The Court denies the motion.**