UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC REISNER,<br><br>    Defendant. | Case No. 17-cv-06271-EDL<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 26, 2019** |

A further case management conference is set for February 26, 2019. The parties must file case management statements by February 19, 2019. Civil L.R. 16-9. The parties may request to appear by telephone, but must make that request by February 19, 2019. Failure to file a case management statement may lead to sanctions under Fed. R. Civ. P. 16(f)(2), which may include imposition of reasonable fees and costs incurred because of any noncompliance, dismissing the action in whole or in part, and/or rendering a default judgment against the disobedient party.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge