United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC REISNER,<br><br>　　　　　Defendant. | Case No. 17-cv-06271-EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 64 |

Plaintiff Carl Wescott moves for default judgment against Defendant Eric Reisner pursuant to Fed. R. Civ. P. 16(f)(2) on the grounds that Defendant had failed to comply with Court orders and filing obligations. The Court held a hearing on Plaintiff's motion on January 22, 2019. For the reasons stated at that hearing and because the Court has not yet attempted to engage Defendant with less drastic sanctions, the Court **DENIES** Plaintiff's motion at this time. See Adriana Int'l Corp. v. Thoeren, 913 F.2d 1406, 1412 (9th Cir. 1990). Plaintiff must file a certificate of service for his motion for default judgment as soon as possible but no later than January 28, 2019.

**IT IS SO ORDERED.**

Dated: January 23, 2019

　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge