FILED

FEB 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric Reisner
30 Lone Pine Trail
Old, Lyme, CT 06371
206-414-0092

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Carl Alexander Wescott, Plaintiff

    Versus

Eric Reisner, Defendant

Case No. 17-cv-06271-EDL

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

Case Management Hearing: 2/26/2019

1. Defendant requests to appear by telephone.

2. Defendant was shocked to become aware of a Hearing on Motion for Entry of Default Judgment, which was denied on 1/22/2019, after the fact and only by the court. Defendant had no knowledge of this hearing. Plaintiff likely filed this motion due to the fact that he has no proof to any of his accusations in his initial and subsequent filings.

3. When Defendant and Plaintiff met in person in Boston in mid-2018 to discuss settlement, it was determined that Plaintiff would locate and find a signed foundational contract or document relative to our business relationship. It was further discuss that it would likely be difficult for Plaintiff to have success in this case without said document. To this date, Defendant has not been made aware of any such document and Defendant continues to stipulate that he is not in possession of any such document, for which Plaintiff has previously been made aware.

4. Item 3 above would have been brought forth in the Settlement Conference that was scheduled for 11/16/2018. Defendant spoke on the phone with a clerk for Judge Kandis A. Westmore, who informed Defendant that Plaintiff was not responding to the court or filing timely documents and that the court would continue to compel the Plaintiff to respond. Defendant was told that if

the Plaintiff responded, they would schedule the Defendant remotely via telephone and that if the Plaintiff did not respond, they would recommend to the court to dismiss the case. Defendant was instructed to wait to hear from the court.

5. The next time Defendant heard from either the court or the Plaintiff was actually from the court on 11/15/2018 with an Order Terminating Settlement Conference and a subsequent notice of Case Management Conference on 11/27/2018 which does not fall in line with Defendants understanding of court instructions in Item 4 above.

6. Defendant received notice on 11/30/2018 of Case Management and Pretrial Order for Jury Trial, which he looks forward to. Defendant wishes to let the court know that he is speaking with Counsel.

RESPECTFULLY SUBMITTED

Eric Reisner, Pro Se

## Proof of Service

This is to certify and declare that I, Eric Reisner, served the following documents: **Defendants Case Management Statement.**

I served the document on:

Carl Alexaander Wescott
PO Box 190875
Sanfrancisco, CA 94119

The documents were served via: First Class Mail, fully paid and were mailed from Old Lyme, CT 06371

Executed on February 18, 2019 at Old Lyme, CT.

By: _____
Eric Reisner