UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 26, 2019 | **Time:** 20 mins. | **Judge:** ELIZABETH D. LAPORTE |
|---|---|---|
| **Case No.:** 17-cv-06271-EDL | **Case Name:** Wescott v. Reisner | |

**Pro Se Plaintiff:** Carl Alexander Wescott (telephonic appearance)
**Pro Se Defendant:** Eric Reisner (telephonic appearance)

**Deputy Clerk:** Stephen Ybarra          **FTR:** 10:08 - 10:28

### PROCEEDINGS

**FURTHER CASE MANAGEMENT CONFERENCE**

**Notes:** On or before 3/15/19, Plaintiff shall provide all documents, especially those related to breach of contract, to Defendant. Either defense counsel shall enter an appearance or the defendant shall submit a written update regarding the status of retaining counsel by 3/31/19. The parties are re-referred to Magistrate Judge Kandis Westmore for the purpose of engaging in a further settlement conference.