Carl Wescott
PO Box 190875
San Francisco, CA 94966
*in propria persona*
+1 415 335 5000

FILED
FEB 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| Carl Alexander Wescott, ) | Case No. 17-cv-06271-EDL |
| Plaintiff ) | |
| ---------- versus ---------- ) | **NOTICE OF MOTION FOR DEFAULT** |
| Eric Reisner ) | **JUDGMENT** |
| Defendants ) | Hearing Date: March 26th, 2019 |
| And DOES 1 to 20, ) | Hearing Time: 10 am |
| Defendants ) | Courtroom E, 15th Floor |
| | 450 Golden Gate Ave, San Francisco, CA |

Please take notice that on March 26th, 2019, at 10 am, or as soon thereafter as can be heard, in Courtroom E - 15th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Carl A. Wescott, proceeding *pro se*, before the Honorable Judge Elizabeth D. Laporte, will, and hereby does, move for an order granting Plaintiff's Motion to For Default Judgment.

The Motion will be based on this Notice of Motion, Plaintiff's Motion for Default Judgment, the Memorandum in Support of Default Specifically Addressing the Statute of Limitations, and the Plaintiff's Declaration and Affidavit. The Plaintiff shall bring a Proposed Order to the hearing.

Saturday, February 23rd, 2019

RESPECTFULLY SUBMITTED,

_____
Carl A. Wescott, *pro se*

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**