UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC REISNER,<br><br>    Defendant. | Case No. 17-cv-06271-EDL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE**<br><br>Re: Dkt. Nos. 79, 80, 81 |

On February 27, 2019, Plaintiff Carl Wescott filed a Notice of Motion for Default Judgment, Motion for Default Judgment, and Memorandum in Support of Motion for Default Judgment. He did not file an acknowledgment or certificate of service, as required by the Federal Rules of Civil Procedure and the Northern District of California's Local Rules. Fed. R. Civ. P. 5(a)(1)(D); Civil L.R. 5-5(a). On January 23, 2019, the Court advised Plaintiff of this requirement.

Plaintiff must file a certificate of service as soon as possible but no later than March 6, 2019.

**IT IS SO ORDERED.**

Dated: March 4, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge