UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL ALEXANDER WESCOTT,

Plaintiff,

v.

ERIC REISNER,

Defendant.

Case No. 17-cv-06271-EDL

**SECOND ORDER DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE**

Re: Dkt. Nos. 80, 83

On February 27, 2019, Plaintiff Carl Wescott filed a Notice of Motion for Default Judgment, Motion for Default Judgment, and Memorandum in Support of Motion for Default Judgment. He did not file an acknowledgment or certificate of service, as required by the Federal Rules of Civil Procedure and the Northern District of California's Local Rules. Fed. R. Civ. P. 5(a)(1)(D); Civil L.R. 5-5(a). The Court had previously advised Plaintiff of this requirement.

On March 4, 2019, the Court ordered Plaintiff to file a certificate of service by March 6, 2019. Plaintiff did not comply with that deadline. In order to ensure that Defendant Eric Reisner has appropriate notice of Plaintiff's motion and time to prepare, the Court orders as follows:

1. Plaintiff shall file proof of service by March 22, 2019. If Plaintiff fails to meet this deadline, the Court may deny Plaintiff's motion.

2. Defendant's deadline to oppose Plaintiff's motion is extended to April 2, 2019.

3. Plaintiff's deadline to file a reply is set for April 9, 2019.

4. The hearing on this motion is continued until April 23, 2019.

Plaintiff is cautioned that the Court may dismiss his claims for failure to comply with Court orders. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 15 2019

1

_Elizabeth D. Laporte_

ELIZABETH D. LAPORTE
United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California