1  Carl Wescott
   PO Box 1906
2  San Francisco, CA 94119
3  *in propria persona*
   +1 415 335 5000
4

FILED

MAR 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
6              SAN FRANCISCO DIVISON

7  Carl Alexander Wescott,          )   Case No. 17-cv-06271-EDL
                        Plaintiff   )
8  ------------------ versus ------ )   **PLAINTIFF'S MOTION FOR DEFAULT**
9  Eric Reisner                     )   **JUDGMENT: PROOF OF SERVICE VIA**
                        Defendants  )   **AFFIDAVIT**
10                                  )
                                    )   New Hearing Date: Tuesday, April 9th, 2019
11 And DOES 1 to 20,                )   Hearing Time: 9 am

12 -------------------------------------------------------------------

   The Plaintiff served a Motion for Default Judgment on Monday, February 25th, upon both the Court and the Defendant Eric Reisner via US mail. Per the docket, the Court received the Motion and supporting documents on Wednesday, February 27th, 2019.

   The motion was filed pursuant to Federal Rules of Civil Procedure 16 (f) (1); Federal Rule of Civil Procedure 55 (a) and 28 USC 1927 4.2 and Rule 55. On March 4th, 2019, the Court ordered the Plaintiff to file a Proof of Service of the original Motion and documents.

   The Plaintiff hereby certifies under penalty of perjury that he served the Motion for Default upon not only the Court on Monday February 25th, 2019, but also upon Mr. Reisner at his mailing address on file with the Court: 30 Lone Pine Trail, Old Lyme, CT 06371. In an abundance of caution, by Monday March 18th, 2019, the Plaintiff will also send a scan of the relevant documents to Mr. Reisner by email, as well as this document.

   RESPECTFULLY SUBMITTED

   */s/ C. A. Wescott*

   Carl A. Wescott, pro se
   3/16/2019   SAN FRANCISCO

   **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**                              1