FILED

APR -1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL ALEXANDER WESCOTT,
    Plaintiff

V.

ERIC REISNER,
    Defendant

Case No. 17-cv-06271-EDL

**RESPONSE TO ORDER SETTING DEADLINES – STATUS UPDATE**

    Per the case management conference held by The Court on February 26, 2019, Defendant was asked to have counsel file a notice of appearance on his behalf by March 31, 2019 or file a status update regarding my efforts to retain counsel by that date. I am hereby informing the court that I have been unable to retain California Counsel as of this date, not for a lack of trying. Most have indicated they either need to meet with me personally prior to engagement or they have full case loads. Defendant continues to reach out to potential counsel via his business network and with the help of several Connecticut based Attorney's. Defendant expects that he will encounter similar issues noted above and due to financial constraints, which prevent him from both issuing a large retainer check or traveling back and forth from Connecticut to California.

    Additionally, per the case management conference held by The Court on February 26, 2019, Plaintiff was directed by The Court to "provide all pertinent documents, especially those related to breach of contract, to Defendant Eric Reisner, by March 15, 2019". Defendant has not received those documents as of this filing.

    Defendant will continue to work diligently to be in a position to properly and professionally defend himself moving forward and will simply do the best he can in the meantime. Defendant means no disrespect to the court and these proceedings.

Dated: March 29, 2019

By:_____
Eric Reisner, Defendant, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>  Plaintiff<br><br>V.<br><br>ERIC REISNER,<br>  Defendant | Case No. <u>17-cv-06271-EDL</u><br><br>**RESPONSE TO ORDER<br>SETTING DEADLINES –<br>STATUS UPDATE** |

## CERTIFICATE OF SERVICE

I, Eric Reisner, on the date set forth below, served the following document:
**DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR DEFAULT JUDGMENT**

I served the foregoing document on the following person:

Carl Alexander Wescott
PO Box 1906
San Francisco, CA 94119

The document was served via: FIRST CLASS MAIL. I enclosed the document in a sealed envelope addressed set forth above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. The envelope was placed in the mail at Old Lyme, CT.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2019, at Old Lyme, Connecticut.

By:_____
      Eric Reisner, Defendant, Pro Se