

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>        Plaintiff | Case No. <u>17-cv-06271-EDL</u><br><br>**DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR DEFAULT JUDGMENT** |
| V. | |
| ERIC REISNER,<br>        Defendant | |



On February 23, 2019, Plaintiff filed a Motion For Default Judgment.

    Plaintiff continues to defame Defendant and make claims without disseminating all material facts. There is not much of a case without an originally signed contract between the parties, which Defendant believes to be pertinent to his defense regarding Personal Jurisdiction and the Statute of Limitations. Plaintiff was made keenly aware that Defendant does not have significant financial resources, his mother was ill which made it near impossible to travel for court hearings and that he was not in possession of any documents that Plaintiff didn't already have in his possession or knowledge of people involved that Plaintiff didn't already know.

Defendant urges the Court to dismiss the plaintiff's case. At the Case Management Conference on February 26, 2019 The Court directed Plaintiff Carl Wescott to "provide all pertinent documents, especially those related to breach of contract, to Defendant Eric Reisner, by March 15, 2019". Defendant has not received such documents.

Dated: March 29, 2019

By:_____

Eric Reisner, Defendant, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT,<br>　　　Plaintiff<br><br>　　　V.<br><br>ERIC REISNER,<br>　　　Defendant | Case No. 17-cv-06271-EDL<br><br>**DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR DEFAULT JUDGMENT** |

### CERTIFICATE OF SERVICE

I, Eric Reisner, on the date set forth below, served the following document:
**DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR DEFAULT JUDGMENT**

I served the foregoing document on the following person:

Carl Alexander Wescott
PO Box 1906
San Francisco, CA 94119

The document was served via: FIRST CLASS MAIL. I enclosed the document in a sealed envelope addressed set forth above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. The envelope was placed in the mail at Old Lyme, CT.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2019, at Old Lyme, Connecticut.

By: _____
　　　Eric Reisner, Defendant, Pro Se