UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 23, 2019 | **Time:** 8 minutes | **Judge:** ELIZABETH D. LAPORTE |
|---|---|---|
| **Case No.:** 17-cv-06271-EDL | **Case Name:** Wescott v. Reisner | |

**Pro Se Plaintiff:** Carl Alexander Wescott
**Pro Se Defendant:** Eric Reisner

**Deputy Clerk:** Stephen Ybarra          **FTR:** 9:18 - 9:26

### PROCEEDINGS

HEARING ON MOTION FOR DEFAULT JUDGMENT

**Notes: Hearing held. The parties shall contact Magistrate Judge Westmore's chambers about scheduling a settlement conference. The Court takes the motion under submission.**